Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **LINDA GABBERT, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**FRONTLINE ASSET STRATEGIES, LLC; and LVNV FUNDING LLC,** | **Case No.:** 2:14-cv-01378-RFB-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

///

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff LINDA GABBERT's dismissal of the claims against Defendant FRONTLINE ASSET STRATEGIES, LLC and LVNV FUNDING, LLC, in the above-captioned matter, with prejudice as to the named plaintiff, and without prejudice as to the putative class members. Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 28, 2015

BY: /S/ CHRISTOPHER JORGENSEN          BY: /S/ DANNY J. HOREN
    CHRISTOPHER JORGENSEN, ESQ.            DANNY J. HOREN, ESQ.
    ATTORNEY FOR DEFENDANT                 ATTORNEY FOR PLAINTIFF

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 2nd day of February, 2015.

2